# Exhibit "B"

| | |
|---|---|
| **From:** | Anthony Tabasso |
| **To:** | Jaime Velez |
| **Cc:** | Bill Schmidt |
| **Subject:** | RE: Launch plan for post Warning Letter response activities |
| **Date:** | Monday, March 9, 2020 12:54:45 PM |
| **Attachments:** | image001.png |

Good afternoon, Jaime.  The biggest challenge for us at this point is going to be seating.  I will work through this with Steve and come up with a plan.  Laptops will be here for everyone next Monday.

Dr. Thuene should be up and running by now

---

**From:** Jaime Velez <Jaime.Velez@oqsie.com>
**Sent:** Monday, March 9, 2020 1:53 AM
**To:** Anthony Tabasso <ATabasso@kvktech.com>
**Cc:** Bill Schmidt <Bill.Schmidt@oqsie.com>
**Subject:** Launch plan for post Warning Letter response activities

Hi Anthony,
Hope you had a good weekend.

Attached you will find the plan for the next four weeks or so.  Need your approval to proceed to deploy the consultants as captured on page 4, i.e. add 9 consultants to the team currently deployed by March 16th.  Steve Lynn will continue to play the role of Advisor on an ad-hoc basis.

For budget purposes. bill rates will be as follows, per hour:
Program Manager - ▮
Laboratory, Data Integrity, and Training SMEs - ▮
Observation 2 Team Leaders - ▮ on average, i.e. some will be higher and some lower
Observation 2 Team Members - ▮ to ▮ for this initial group, we will update the range once we have clarity on resource requirements beyond this initial group, expect the range to likely go to ▮ to ▮

Please let me know if you have any questions, I can talk between 10:30 am and 1:30 pm ET, traveling the rest of the day but can communicate via email.  Feel free to call either Bill or I as your calendar permits.

Thanks,

*Jaime*

Jaime Velez
Co-Founder
Operations & Quality Systems Improvement Experts (OQSIE)

+1 267.664.9986 (mobile)
Jaime.Velez@oqsie.com

www.linkedin.com/pub/jaime-velez/4/797/b2b/

www.oqsie.com



KVK-Tech, Inc. email notice: The information contained in this email (including attachments) is confidential, may be privileged, may constitute inside information and is intended only for the use of the intended addressee and any others who have been specifically authorized by the sender to receive it; it may not be forwarded without permission of the sender. Employees, advisors, agents and representatives of KVK-Tech, Inc. do not provide scientific, technical, business, management, strategic, human resource, legal, accounting or tax advice. Any statement in this email (including any attachments) regarding scientific, technical, business, management, strategic, human resource, legal, accounting or tax matters was written in connection with the explanation of the matters described herein and was not intended or written to be relied upon or distributed by any person. Unauthorized dissemination, distribution, disclosure, or other use of the contents of this email, whether intended or unintended, is strictly prohibited, may be unlawful and will result in KVK-Tech, Inc. pursuing legal recourse against you to the fullest extent of the law. If you have received this email in error, please notify us immediately by return email or by calling (215) 579-1842 and destroy this message and all copies thereof, including any attachments.

# Operations & Quality Systems Improvement Experts (OQSIE)

## Initial plan to support KVK Tech to meet commitments captured in warning letter response





03/08/2020

**OQSIE** Operations & Quality Systems Improvement Experts

www.oqsie.com
Certified Minority Owned Business

❖ Table of Contents

- Executive Summary
- OQSIE Team Structure
- Observation 1 Plan
- Observation 2 Plan
- Observation 3 Plan

**OQSIE** Operations & Quality Systems Improvement Experts

2

# ❖ Executive Summary

- Now that the Warning Letter response has been issued, OQSIE will collaborate with KVK Tech to ensure all commitments made in the response letter are met on a timely basis.
- High level plan of attack is as follows:
  - Observations 1 and 3: first conduct assessments committed; then develop action plans to remediate any gaps identified in the assessment; then execute the defined remediation plan with a combination of KVK Tech and external resources
    - By March 9th, OQSIE will have deployed consultants to conduct assessments for Observations 1 and 3
  - Observation 2: the extensive work of prospective and retrospective reviews will be broken down by topic, small teams of SMEs will be deployed for each topic with the objective of completing this work within 12 months (target timeframe will dictate the size of the teams)
    - Teams will be deployed for: 1) Batch Records, 2) Complaints, 3) OOS Investigations, 4) Deviations & Events, 5) CAPA, and 6) Change Control
    - By March 16th, OQSIE will deploy the first two team members for most of the teams associated with Observation 2, this group will organize activities to ensure rapid and effective integration of the balance of the team members
    - By April 6th OQSIE will have deployed the balance of the team members

# ❖ Proposed OQSIE Team Structure – by March 16th



**OQSIE** Operations & Quality Systems Improvement Experts

4

# Approach & Timeline – Observation 1

| | Step 1<br>Assessment of Laboratory Practices | Step 2<br>Develop Remediation Plan | Step 3<br>Remediation Activities |
|---|---|---|---|
| Key Activities | • Comprehensive review of laboratory operations<br>• Review training effectiveness<br>• CAPA and MOA reviews to be incorporated into Observation 2 activities | • Develop plan to address each gap identified in assessment of laboratory operations<br>• If necessary, develop plan to address issues with training effectiveness<br>• Define resource plan | • TBD |
| Key Deliverables | • Assessment report<br>• Gaps to be remediated | • Remediation plans<br>• Resource plan | • TDB |
| OQSIE Resources* | • One Senior Laboratory SME<br>  • Edgardo Rivera<br>• Training SME* | • One Senior Laboratory SME<br>  • Edgardo Rivera<br>• Training SME (if necessary) | • TDB |
| Timing* | • Approximately 20 days | • Approximately 10 days | • TBD |

*  To be confirmed during week of March 9th

# ❖ Approach & Timeline – Observation 2

| | Step 1<br>**Organize** | Step 2<br>**Ramp Up Review Rate** | Step 3<br>**Stabilize Review Rate** |
|---|---|---|---|
| **Key Activities** | • Initial protocol execution<br>• If necessary, adjust protocol<br>• Develop review templates for each document type<br>• Define information flow<br>• Define governance and escalation process | • On-board team members<br>• Deploy progress tracking and performance management system<br>• Evolve information flow, and governance and escalation processes | • Team members delivering reviews at expected rates<br>• Effective governance and escalation process in place |
| **Key Deliverables** | • Finalized protocols, templates and procedures<br>• Determine resource requirements for each team | • Confirm resource requirements<br>• Implement performance management system | • Reviews delivered at expected rates |
| **OQSIE Resources*** | • One team leader for each document type (6)<br>• One team member for each document type (6) | • One team leader per doc type<br>• Multiple team members per doc type (preliminary estimates in next page) | • One team leader per doc type<br>• Multiple team members per doc type (preliminary estimates in next page) |
| **Timing*** | • Approximately 10 days | • Approximately 10 days | • Approximately 11 months |

* To be confirmed during week of March 9th

**OQSIE**  Operations & Quality Systems Improvement Experts

# ❖ Observation 2 – Preliminary Resource Estimates

| Document / Topic | # reviews in scope (2016 to 2019) + Prospective | # of Consultants* |
|---|---|---|
| Batch Records | 1,753 + 672 | 5 to 10.1 |
| Complaints | 935 + 381 | 3 to 5.5 |
| OOS Investigations | 155 + 28 | 0.9 |
| Deviations / Events | 1,245 + 571 | 4 to 7.6 |
| CAPA | 392 + 115 | 1 to 2.1 |
| Change Control | 2,237 + 553 | 6 to 11.6 |
| **Totals** | **6,717 + 2,320** | **20 to 38** |

* Estimates based on three key assumptions to be confirmed by March 31st:
1) All retrospective reviews to be completed within 12 months (240 work days)
2) Each review and associated documentation takes between half to one man-day to complete on average
3) Volume of prospective reviews in the next 12 months will be similar to that of 2019

**OQSIE**  Operations & Quality Systems Improvement Experts

7

# Approach & Timeline – Observation 3

| | Step 1 Assessment of Data Integrity | Step 2 Develop Remediation Plan | Step 3 Remediation Activities |
|---|---|---|---|
| Key Activities | • Initial assessment of potential Data Integrity practices<br>• Determine if forensic analysis is required | • Develop plan to address each gap identified in assessment<br>• If necessary, develop plan to conduct forensic analysis<br>• Define resource plan | • TBD |
| Key Deliverables | • Assessment report<br>• Gaps to be remediated | • Remediation plans<br>• Resource plan | • TDB |
| OQSIE Resources* | • One Data Integrity SME<br>  • Thomas Thuene | • One Data Integrity SME<br>  • Thomas Thuene | • TDB |
| Timing* | • Approximately 10 days | • Approximately 10 days | • TBD |

* To be confirmed during week of March 9th

