# Exhibit "C"

**Name: KVK Tech Inc.; Date: All dates**

| Date | Type | No. | Due date | Aging | Balance | Total | Attachments | Status |
|---|---|---|---|---|---|---|---|---|
| 02/25/2020 | Invoice | KVT001 | 03/26/2020 | 142 | 0.00 | 12,053.25 | | paid |
| 03/09/2020 | Invoice | KVT003 | 04/08/2020 | 129 | 0.00 | 57,676.97 | | paid |
| 03/13/2020 | Invoice | KVT004 | 04/12/2020 | 125 | 0.00 | 34,094.06 | | paid |
| 03/17/2020 | Invoice | KVT005 | 04/16/2020 | 121 | 0.00 | 33,446.93 | | paid |
| 03/20/2020 | Invoice | KVT006 | 04/19/2020 | 118 | 0.00 | 22,443.11 | | paid |
| 03/26/2020 | Invoice | KVT007 | 04/25/2020 | 112 | 0.00 | 107,801.02 | | paid |
| 03/31/2020 | Invoice | KVT008 | 04/30/2020 | 107 | 0.00 | 149,127.67 | | paid |
| 04/09/2020 | Invoice | KVT009 | 05/09/2020 | 98 | 0.00 | 176,447.42 | | paid |
| 04/20/2020 | Invoice | KVT010 | 05/20/2020 | 87 | 0.00 | 155,823.07 | | paid |
| 04/21/2020 | Invoice | KVT011 | 05/21/2020 | 86 | 0.00 | 142,527.90 | | paid |
| 04/28/2020 | Invoice | KVT012 | 05/28/2020 | 79 | 0.00 | 253,504.75 | | paid |
| 04/29/2020 | Invoice | KVT013 | 05/29/2020 | 78 | 0.00 | 143,861.60 | | paid |
| 04/30/2020 | Invoice | KVT013 - 2 | 05/30/2020 | 77 | 0.00 | 100,389.37 | | paid |
| 05/11/2020 | Invoice | KVT014 | 06/10/2020 | 66 | 0.00 | 158,139.77 | | paid |
| 05/13/2020 | Invoice | KVT014 - 2 | 06/12/2020 | 64 | 0.00 | 101,595.00 | | paid |
| 05/15/2020 | Invoice | KVT015 | 06/14/2020 | 62 | 0.00 | 141,860.20 | | paid |
| 05/15/2020 | Invoice | KVT015 - 2 | 06/14/2020 | 62 | 0.00 | 93,956.92 | | paid |
| 05/21/2020 | Invoice | KVT016 | 06/20/2020 | 56 | 0.00 | 142,057.12 | | paid |
| 05/27/2020 | Invoice | KVK016-2 | 06/26/2020 | 50 | 0.00 | 95,580.71 | | paid |
| 05/29/2020 | Invoice | KVT017 | 06/28/2020 | 48 | 0.00 | 132,554.28 | | paid |
| 05/31/2020 | Invoice | KVT017 - 2 | 06/30/2020 | 46 | 90,589.73 | 123,046.32 | | overdue |
| 06/05/2020 | Invoice | KVT018 | 07/05/2020 | 41 | 125,955.04 | 125,955.04 | | overdue |
| 06/05/2020 | Invoice | KVT019 | 07/05/2020 | 41 | 16,800.00 | 16,800.00 | | overdue |
| 06/09/2020 | Invoice | KVT018-2 | 07/09/2020 | 37 | 108,114.00 | 108,114.00 | | overdue |
| 06/11/2020 | Invoice | KVT020 | 07/11/2020 | 35 | 151,429.63 | 151,429.63 | | overdue |
| 06/15/2020 | Invoice | KVT020-2 | 07/15/2020 | 31 | 152,125.23 | 152,125.23 | | overdue |
| 06/18/2020 | Invoice | KVK021 | 07/18/2020 | 28 | 140,508.95 | 140,508.95 | | overdue |
| 06/23/2020 | Invoice | KVT021 - 2 | 07/23/2020 | 23 | 137,536.45 | 137,536.45 | | overdue |
| 06/25/2020 | Invoice | KVT022 | 07/25/2020 | 21 | 139,053.52 | 139,053.52 | | overdue |
| 06/29/2020 | Invoice | KVT022 - 2 | 07/29/2020 | 17 | 121,553.52 | 121,553.52 | | overdue |
| 07/03/2020 | Invoice | KVT023 | 08/02/2020 | 13 | 106,771.91 | 106,771.91 | | overdue |
| 07/07/2020 | Invoice | KVT023 - 2 | 08/06/2020 | 9 | 103,370.84 | 103,370.84 | | overdue |
| 07/10/2020 | Invoice | KVT024 | 08/09/2020 | 6 | 97,082.35 | 97,082.35 | | overdue |
| 07/14/2020 | Invoice | KVT024-2 | 08/13/2020 | 2 | 75,488.88 | 75,488.88 | | overdue |
| 07/14/2020 | Invoice | KVT025 | 08/13/2020 | 2 | 10,139.62 | 10,139.62 | | overdue |
| 07/17/2020 | Invoice | KVT026 | 08/16/2020 | | 9,675.00 | 9,675.00 | | open |
| 07/21/2020 | Invoice | KVT027 | 08/20/2020 | | 29,537.07 | 29,537.07 | | open |
| 07/29/2020 | Invoice | KVT029 | 08/28/2020 | | 40,304.19 | 40,304.19 | | open |
| 07/29/2020 | Invoice | KVT031 | 08/28/2020 | | 7,723.47 | 7,723.47 | | open |
| 07/30/2020 | Invoice | KVT028 | 08/29/2020 | | 29,824.59 | 29,824.59 | | open |
| 07/31/2020 | Invoice | KVT032 | 08/30/2020 | | 41,438.02 | 41,438.02 | | open |
| 07/31/2020 | Invoice | KVT030 | 08/30/2020 | | 203,175.00 | 203,175.00 | | open |
| 07/31/2020 | Invoice | KVT033 | 08/30/2020 | | 9,873.47 | 9,873.47 | | open |