# Exhibit "E"

**From:** Anthony Tabasso <ATabasso@kvktech.com>
**Sent:** Wednesday, February 19, 2020 11:51 AM
**To:** Bill Schmidt <Bill.Schmidt@oqsie.com>
**Subject:** staffing

Bill,

Obviously I am very sensitive about timing for our response.  After the drafts circulate this week/weekend, I think we should discuss adding another consultant to assist in the review of investigations, training, etc.  My concern is that once our team produces a mountain of docs/data, then we will need more manpower on your side to review nad advise us.  Maybe a call to discuss on Monday?

**Anthony P. Tabasso**
*President/CEO and*
*General Counsel*



Phone:      (215) 579-1842  Ext 1021
Direct Fax: (215) 579-1226
ATabasso@kvktech.com

KVK-Tech, Inc. email notice: The information contained in this email (including attachments) is confidential, may be privileged, may constitute inside information and is intended only for the use of the intended addressee and any others who have been specifically authorized by the sender to receive it; it may not be forwarded without permission of the sender. Employees, advisors, agents and representatives of KVK-Tech, Inc. do not provide scientific, technical, business, management, strategic, human resource, legal, accounting or tax advice. Any statement in this email (including any attachments) regarding scientific, technical, business, management, strategic, human resource, legal, accounting or tax matters was written in connection with the explanation of the matters described herein and was not intended or written to be relied upon or distributed by any person. Unauthorized dissemination, distribution, disclosure, or other use of the contents of this email, whether intended or unintended, is strictly prohibited, may be unlawful and will result in KVK-Tech, Inc. pursuing legal recourse against you to the fullest extent of the law. If you have received this email in error, please notify us immediately by return email or by calling (215) 579-1842 and destroy this message and all copies thereof, including any attachments