Exhibit 2





# Global



## Bill Schmidt

Co-founding Partner
Bill.Schmidt@oqsie.com

**CONNECT WITH BILL ON LINKEDIN**



## Jaime Velez

Co-founding Partner
Jaime.Velez@oqsie.com

**CONNECT WITH JAIME ON LINKEDIN**



Michelle Velez

Vice President of Operations
Michelle.Velez@oqsie.com

**CONNECT WITH MICHELLE ON LINKEDIN**



Jana Matra

Partner- Talent Leader
Jana.Matra@oqsie.com

**CONNECT WITH JANA ON LINKEDIN**



# Natasha Escanellas

Associate Partner
Natasha.Escanellas@oqsie.com

**CONNECT WITH NATASHA ON LINKEDIN**



## Vivianne Velez

Director of Technology Solutions
Vivianne.Velez@oqsie.com

**CONNECT WITH VIVIANNE ON LINKEDIN**



## Mina McKiernan

Senior Recruiter
Mina.McKiernan@oqsie.com

**CONNECT WITH MINA ON LINKEDIN**



## Natalia Mujica

Director of Marketing and Workforce Solutions
Natalia.Mujica@oqsie.com

**CONNECT WITH NATALIA ON LINKEDIN**



Isabella Giudice

Business Development Associate
Isabella.Giudice@oqsie.com

**CONNECT WITH ISABELLA ON LINKEDIN**



Adelyn Tatum

Senior Recruiter
Adelyn.Tatum@oqsie.com

**CONNECT WITH ADELYN ON LINKEDIN**

# United States



## Lourdes Ruiz

Associate Partner



## Amit Patel

Associate Partner



# Mehul Patel

Associate Partner



# Chris Rush

Associate Partner

# Europe



# Vince Creamer

Associate Partner
United Kingdom



# Rainer Boenigk

Associate Partner
Germany



# Mohamed Oubihi

Associate Partner
United Kingdom

# Latin America



## Jesus Lopez

Associate Partner
Puerto Rico



## Graziano Conti

Associate Partner
Brazil

# Asia



Taylor Wu

Beecham Pharma
Partner
China



Ravindranath Kaukuntla

Quality Quest
Partner
India

# Social

 

Copyright © 2018 OQSIE - All Rights Reserved.

VIDEOS

TECHNOLOGY SOLUTIONS

WORKFORCE SOLUTIONS

MANAGEMENT CONSULTING

P&P PROBLEM SOLVING

INSIGHTS

Powered by GoDaddy Website Builder