# Exhibit 4

 **Linked in**

Join now    Sign in



...

# Bill Schmidt

Partner at Operations & Quality Systems
Improvement Experts (OQSIE)

Greater Philadelphia Area · 500+ connections

**Join to Connect**

 Operations & Quality Systems
Improvement Experts (OQSIE)

Mayes School of Business,
University of the Sciences in...

 Company Website ↗

## About

Accomplished pharmaceutical subject matter expert and management consultant with proven
experience improving manufacturing and technical operations, quality operations, compliance
and remediation, and supply chain issues. Hands-on approach to quickly identify and resolve
issues toward strengthening profitability, implementing effective solutions to complex business
and technical issues.

As OQSIE, core strengths include quality compliance remediation (483, Warning Letter, Consent
Decree) including Lead as third party assessor,s retrospective / prospective document
reviewers, and QMS remediation. Business and technical process improvement, lean
implementation, operations improvement.

#remediation #483 #warningletter #consentdecree #qualitysystem

 Join now    Sign in

Sharing our introduction video, give us a call.....we'd love to speak with you.

Shared by **Bill Schmidt**

We received a very nice client review....

Shared by **Bill Schmidt**

"Many companies are so immersed in operational challenges that they're unable to transform their business and elevate it to the next level. That's...

Shared by **Bill Schmidt**

Join now to see all activity

## Experience

                                                    Join now    **Sign in**

Sep 2013 - Present · 7 years 3 months

Greater Philadelphia Area

Operations & Quality Systems Improvement Experts is a global Operations and Quality Assurance consulting firm. Our mission is too help Operations and Quality Assurance leaders in regulated manufacturing industries make significant and sustainable improvements in performance. We focus on delivering significant and sustainable results, priding ourselves on being flexible and scalable.

We are a global network of experts with every one of our consultants being a leader in their field, most...

Show more

### Partner
a-connect

Jul 2012 - Aug 2013 · 1 year 2 months

565 Fifth Ave, NY, NY

Global project execution firm.

### Vice President, Life Sciences
Tunnell Consulting

May 2008 - Jul 2012 · 4 years 3 months

King of Prussia, PA

Responsible for business development, marketing interface, strategic planning and growth opportunity development. Tunnell operates in the Life Science industries with core competencies for consulting and implementation from late stage development through manufacturing. Key practice areas inlcude, but are not limited to business transformation, cost reduction, organizational design and effectiveness, technology transfer, process robustness, regulatory & quality compliance, supply chain, plant...

Show more

### President & CEO
Advanced Gelatin Technologies

Mar 1997 - 2008 · 11 years

                                               Join now    Sign in

strategic alliance negotiation, worldwide marketing & sales, budget management/P&L

### Executive Vice President
Midwest Stainless Process Systems

Jun 2003 - Feb 2006 · 2 years 9 months

General management responsibilities encompassing personnel, finance, marketing and sales. Develop company infrastructure for positioning toward interanl and external growth through improved market channels, new market segments and acquisitions.

### Manager, Technical Sales
Gattefosse Corp

Aug 1994 - Mar 1997 · 2 years 8 months

Consultative sales and marketing for functional excipients for increased bioavailability.

### Senior Research Scientist
Sterling Winthrop

1992 - 1994 · 2 years

API process development and scale-up.

### Research Scientist
SmithKline

Aug 1986 - Jun 1992 · 5 years 11 months

Process develoment for API's. Technology transfer to pilot and worldwide manufacturing facilities.

## Education

### Mayes School of Business, University of the Sciences in Philadelphia
EMBA · Pharmaceutical Business

2002 - 2003

Activities and Societies: PDA, ISPE, AAPS

 **Linked**in

Join now    **Sign in**

1996 - 1998

---

## Publications

### Smart Outsourcing: Strategic Alignment, Risk Management, and New Relationships

Biopharm International · Mar 2012

Other authors

### Implementing Quality by Design; Are You Ready or Not?

Pharmaceutical Manufacturing · Aug 2010

### Best Practices in Technology Transfer for Bioprocesses

Biopharm International Live Interview, Bio 2010 Conference · May 6, 2010

Selecting a strategic outsourcing partner goes far beyond a checklist of their capacity, capabilities, and cost. A company should thoroughly assess all of the risks associated with that partnership, develop the appropriate remediation plans and contingencies with the potential partner, and agree to jointly manage those risks to successful outcomes. Conducting a thorough and intelligent risk-based due diligence, performed as a shared exercise with the outsource partner, can identify key areas of...

Show more

See publication

### Keys to Executing Successful Technology Transfer

Pharmaceutical Technology · Feb 2010

Highlights the need for a technology-transfer process that is efficient, cost-effective, and repeatable, stressing the importance of process understanding.

 **Join now**    Sign in

## Groups

Medical Device Opportunity

Hoshin and Kanri

Quality & Regulatory Network

PMI Project, Program and Portfolio Management

Pharma Connections Worldwide

Jobs in Pharma

Show 8 more groups

## Recommendations

A preview of what LinkedIn members have to say about Bill:

" I had the pleasure of orchestrating a website and video project for Bill when he was with Midwest Stainless Process Systems. He was the kind of client who knew what he wanted to accomplish with his projects and at the same time provided opportunity for the people skilled in building websites and producing videos to offer recommendations how best to accomplish those goals. Terrific to do business with.

    Join now    **Sign in**

he brings to the table. He is fun to work with. In meetings with potential clients, I observed that Bill was quickly able to build trust and and use that as a basis for collaborative work and problem solving with clients.

11 people have recommended Bill

**Join now to view**

## View Bill's full profile

See who you know in common

Get introduced

Contact Bill directly

**Join to view full profile**

## People also viewed

 **Rachel Biscardi**
Quality Assurance Manager at Sanofi Pasteur
Swiftwater, PA

 **Tammy Fossum**
Director of Quality Assurance at American Preclinical Services, LLC
Anoka, MN

 **Heather Gerhardt**
Recruiter at OQSIE
Frisco, TX

    Join now    Sign in

New York City Metropolitan Area



### Timea Pruner
Director Of Quality Assurance at Enzyvant
Durham, NC

### Adrian Bales
Fashion Designer at Sefl Employed
Philadelphia, PA



### William Schmid
Financial Advisor - Managing Director at Ameriprise Financial Services, Inc.
Tampa, FL



### Leo Krieg
Head of Project Execution, Americas and Global Biologics at AstraZeneca
Greater Philadelphia

### Jim Pomonis
Chief Scientific Officer at American Preclinical Services, LLC
Minneapolis, MN

### Mehul Patel, CQA
President at smp Consulting, LLC
Midlothian, VA

**Show more profiles**

## Others named **Bill Schmidt**

### Bill Schmidt
Executive Vice President, Corporate Development & General Counsel at Enviva
Bethesda, MD

### Bill Schmidt
Vice President- Banking Division
Greater Richmond Region

### Bill Schmidt
CEO at B&B ENTERPRISES

                                        Join now    Sign in

CEO of BrokrQuotes.com | Savings companies money on their Healthcare Costs | Fighting for the uninsured in Loudoun County, Chair for the Loudoun Free Clinic,

Sterling, VA

**Bill S.**

Markham, ON

999 others named Bill Schmidt are on LinkedIn

See others named **Bill Schmidt**

## Bill's public profile badge

Include this LinkedIn profile on other websites

> **Bill Schmidt**
>
> Partner at Operations & Quality Systems Improvement Experts (OQSIE)
>
> Partner at Operations & Quality Systems Improvement Experts (OQSIE)
>
> Mayes School of Business, University of the Sciences in Philadelphia
>
> View profile

View profile badges

Linked **in**

Join now          Sign in

| | |
|---|---|
| Accessibility | User Agreement |
| Privacy Policy | Cookie Policy |
| Copyright Policy | Brand Policy |
| Guest Controls | Community Guidelines |
| Language | |