IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VELEZ ENTERPRISES LLC d/b/a OQSIE<br><br>v.<br><br>KVK TECH, INC., MURTY VEPURI, and ANTHONY TABASSO | CIVIL ACTION<br><br>NO. 20-5553 |

### ORDER RE: DEFENDANTS' AMENDED MOTION TO DISMISS

**AND NOW**, this 15th day of September, 2021, after careful consideration of Defendants KVK Tech, Inc., Murty Vepuri, and Anthony Tabasso's Amended Motion to Dismiss (ECF 14), Plaintiff Velez Enterprises LLC d/b/a OQSIE's Response (ECF 15), and Defendants' Reply (ECF 16), it hereby **ORDERED** that Defendants' Motion is **GRANTED**.

1. Counts II through IV of Plaintiff's Complaint, and Count I with regard to the alleged oral contract, are **DISMSSED** without prejudice and with leave to file an amended complaint within twenty-one (21) days.

2. Count I of Plaintiff's Complaint with regard to the alleged written contract is not dismissed, but Plaintiff must restate this claim as a separate count in an amended complaint and attach a copy of the contract, including all amendments.

BY THE COURT:
/s/ MICHAEL M. BAYLSON

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 20\20-5553 Velez v KVK-Tech\20cv5553 Order Re MTD.docx