# Exhibit 1

# Platt, Monica

| | |
|---|---|
| **From:** | Platt, Monica |
| **Sent:** | Friday, May 27, 2022 5:22 PM |
| **To:** | Jason Rabinovich |
| **Cc:** | Oleg Sokolov; Correll, Francis |
| **Subject:** | RE: Velez Enterprises v. KVK, et al - discovery |
| **Attachments:** | 2022-05-27 Defs responses to first set of rogs(10020870.1).pdf; 2022-05-27 defendants responses to Plaintiffs RFPs(10020868.1).pdf |

Jason,

Please see attached.

Monica

**From:** Platt, Monica
**Sent:** Thursday, May 26, 2022 2:03 PM
**To:** Jason Rabinovich <jason@rslawgroup.com>
**Cc:** Oleg Sokolov <oleg@rslawgroup.com>; Correll, Francis <FCorrell@klehr.com>
**Subject:** RE: Velez Enterprises v. KVK, et al - discovery

Jason,

I will have responses to you tomorrow. We are in the process of reviewing documents. Please note that we intend to file a motion requesting that the Court enter the confidentiality order.

Monica

**From:** Jason Rabinovich <jason@rslawgroup.com>
**Sent:** Wednesday, May 25, 2022 11:08 AM
**To:** Platt, Monica <MPlatt@klehr.com>
**Cc:** Oleg Sokolov <oleg@rslawgroup.com>; Correll, Francis <FCorrell@klehr.com>
**Subject:** Re: Velez Enterprises v. KVK, et al - discovery

Monica,

Please confirm you will produce discovery responses no later than Friday May 27, 2022. If not, we will be forced to file a motion to compel.

We are prepared to produce our discovery responses but have held off based on your prior request to do so (without a confidentiality order).


--
Jason Rabinovich, Esq.
Managing Partner



Rabinovich Sokolov Law Group
1700 Market Street
Suite 1005
Philadelphia, PA 19103
(215) 717-2200
jason@rslawgroup.com

rslawgroup.com

This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.
Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.