# Platt, Monica

| | |
|---|---|
| **From:** | Jason Rabinovich <jason@rslawgroup.com> |
| **Sent:** | Wednesday, May 18, 2022 4:57 PM |
| **To:** | Platt, Monica |
| **Cc:** | Oleg Sokolov; Correll, Francis |
| **Subject:** | Re: Velez Enterprises v. KVK, et al - discovery |

Monica,

We disagree that any precedential case you cited is applicable, or would extend, to the circumstances of our case. You will have to raise this issue with the court.


--
Jason Rabinovich, Esq.
Managing Partner



Rabinovich Sokolov Law Group
1700 Market Street
Suite 1005
Philadelphia, PA 19103
(215) 717-2200
jason@rslawgroup.com

rslawgroup.com

This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.
Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.


> On May 18, 2022, at 3:29 PM, Platt, Monica <MPlatt@klehr.com> wrote:
>
> Jason,
>
> As we have previously informed you, via correspondence on March 9 (which is attached for reference), KVK hired OQSIE at the direction of KVK's counsel to assist in responding to the Warning Letter. Moreover, as already laid out more fully in the attached correspondence, the work product privilege clearly protects against disclosure of materials prepared by consultants and other agents. *See, e.g., Martin v. Bally's Park Place Hotel & Casino*, 983 F.2d 1252, 1260-62 (3d Cir. 1993). The fact that counsel may not have requested changes to OQSIE's work does not alter the nature of the engagement. As such, we cannot agree to limit the confidentiality stipulation as you suggest.

1

Monica

---

**From:** Jason Rabinovich <jason@rslawgroup.com>
**Sent:** Monday, May 16, 2022 3:50 PM
**To:** Platt, Monica <MPlatt@klehr.com>
**Cc:** Oleg Sokolov <oleg@rslawgroup.com>; Correll, Francis <FCorrell@klehr.com>
**Subject:** Re: Velez Enterprises v. KVK, et al - discovery

Monica,

We cannot agree to this revision. Is it your clients' position that all of plaintiff's work was performed "at the direction of and in consultation with KVK's counsel"?

Per our client, KVK's counsel did not direct the work Plaintiff performed for KVK. He merely reviewed some of the documents that Plaintiff created but did not request Plaintiff to change any material content in those documents.

--
Jason Rabinovich, Esq.
Managing Partner

<image001.png>

Rabinovich Sokolov Law Group
1700 Market Street
Suite 1005
Philadelphia, PA 19103
(215) 717-2200
jason@rslawgroup.com

rslawgroup.com

This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.

> On May 16, 2022, at 3:05 PM, Platt, Monica <MPlatt@klehr.com> wrote:
>
> Jason,
>
> Attached is a revised draft of the stipulation. I accepted all of your changes with the exception of the highlighted text below. Please let me know if you are OK with me

adding your signature and submitting this to Judge Baylson. And apologies for getting your name wrong in the signature block!

> WHEREAS, this action involves work performed by Plaintiff and others for KVK to respond to issues raised in a warning letter from the Food and Drug Administration to KVK dated February 11, 2020 (the "Warning Letter") that was performed==, in part,== at the direction of and in consultation with KVK's counsel resulting in the creation of certain documents and communications protected by the attorney/client and/or work-product privileges

Thank you,
Monica

**From:** Jason Rabinovich <jason@rslawgroup.com>
**Sent:** Friday, May 13, 2022 1:14 PM
**To:** Platt, Monica <MPlatt@klehr.com>
**Cc:** Oleg Sokolov <oleg@rslawgroup.com>; Correll, Francis <FCorrell@klehr.com>
**Subject:** Re: Velez Enterprises v. KVK, et al - discovery

Monica,

Please find attached red-lined stip with several changes. Please advise if these are acceptable to you and your clients.


--
Jason Rabinovich, Esq.
Managing Partner

<image001.png>


Rabinovich Sokolov Law Group
1700 Market Street
Suite 1005
Philadelphia, PA 19103
(215) 717-2200
jason@rslawgroup.com

rslawgroup.com

This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.

On May 9, 2022, at 5:05 PM, Jason Rabinovich <jason@rslawgroup.com> wrote:

Hi Monica,

Oleg and I been tied up with hearings/trials for the last week. I'll review the confidentiality agreement over the next few days and provide you any comments so we can finalize it.

> On May 9, 2022, at 9:40 AM, Platt, Monica <MPlatt@klehr.com> wrote:
>
> Jason & Oleg,
>
> Following up on this confidentiality agreement. Please let us know if you have any comments so that we can provide this to the court.
>
> Monica
>
> **From:** Platt, Monica
> **Sent:** Wednesday, May 4, 2022 11:49 AM
> **To:** Jason Rabinovich <jason@rslawgroup.com>
> **Cc:** Oleg Sokolov <oleg@rslawgroup.com>; Correll, Francis <FCorrell@klehr.com>
> **Subject:** RE: Velez Enterprises v. KVK, et al - discovery
>
> Jason,
>
> A draft confidentiality stipulation is attached. Please let us know if you have any comments.
>
> Monica
>
> **From:** Jason Rabinovich <jason@rslawgroup.com>
> **Sent:** Friday, April 22, 2022 11:21 AM
> **To:** Platt, Monica <MPlatt@klehr.com>
> **Cc:** Oleg Sokolov <oleg@rslawgroup.com>; Correll, Francis <FCorrell@klehr.com>
> **Subject:** Re: Velez Enterprises v. KVK, et al - discovery
>
> Hi Monica,
>
> We agree to hold off producing our discovery responses and responsive documents until a confidentiality

agreement is in place. We will look for your draft next week.

Regarding the settlement demand, we are still discussing it with our client and hope to get back to you next week.

Thank you.


--
Jason Rabinovich, Esq.
Managing Partner

<image001.png>

Rabinovich Sokolov Law Group
1700 Market Street
Suite 1005
Philadelphia, PA 19103
(215) 717-2200
jason@rslawgroup.com

rslawgroup.com

This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.

> On Apr 22, 2022, at 10:03 AM, Platt, Monica <MPlatt@klehr.com> wrote:
>
> Oleg & Jason,
>
> We are in the process of drafting a confidentiality agreement, and expect to have a draft over to you next week. In light of that and given that your discovery responses are due today, we think it makes sense to hold off on

producing responsive documents for another week.

Did you hear anything back from your client with respect to a settlement demand?

Monica

---

**From:** Oleg Sokolov <oleg@rslawgroup.com>
**Sent:** Tuesday, April 5, 2022 2:27 PM
**To:** Platt, Monica <MPlatt@klehr.com>
**Cc:** Jason Rabinovich <jason@rslawgroup.com>; Correll, Francis <FCorrell@klehr.com>
**Subject:** Re: Velez Enterprises v. KVK, et al - discovery


Ok great.  Thank you.  What time is good for a call and what's best number to reach you on?

**Oleg Sokolov, Esq.**
*Managing Partner*

1700 Market Street, Ste. 1005
Philadelphia, PA 19103
(215) 717-2200
oleg@rslawgroup.com
rslawgroup.com

This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.

This message was sent from a mobile device. Please excuse any errors.

> On Apr 5, 2022, at 12:14 PM, Platt, Monica <MPlatt@klehr.com> wrote:
>
> Oleg,
> I am checking with the client on the extension. I'm available this afternoon for a call.
>
> Monica
>
> ---
>
> **From:** Oleg Sokolov <oleg@rslawgroup.com>
> **Sent:** Tuesday, April 5, 2022 11:39 AM
> **To:** Platt, Monica <MPlatt@klehr.com>
> **Cc:** Jason Rabinovich <jason@rslawgroup.com>; Correll, Francis <FCorrell@klehr.com>
> **Subject:** Re: Velez Enterprises v. KVK, et al - discovery
>
> Hi Monica,
>
> Our client is working through getting all of the requested information together and may need a little bit more time. We would like to request an extension to respond to discovery until 4/22.
>
> Also, please let me know if you are

available for a call today or tomorrow about this matter.  Would like to discuss a few things with you.

Thank you so much,
**Oleg Sokolov, Esq.**
*Managing Partner*

<image001.png>

1700 Market Street
Suite 1005
Philadelphia, PA 19103
(215) 717-2200
oleg@rslawgroup.com
rslawgroup.com

This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.

> On Mar 9, 2022, at 3:55 PM, Platt, Monica

<MPlatt@klehr.com> wrote:

Counsel,

Please see attached correspondence and discovery requests directed to OQSIE.

Thank you,
Monica

**MONICA CLARKE PLATT**
PARTNER

<image001.jpg> **KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street | Suite 1400 | Philadelphia, PA
t 215.569.3006 | f 215.568.6603
mplatt@klehr.com

<2022_03_09 - Letter to O. Sokolov and J. Rabinovich re_ OQSIE Confidentiality(9911977.1).pdf

><2022-03-09 Defendants first RFP to plaintiff (final)(9910966.1).pdf>

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

<2022-05-16 draft confidentiality stip(10003479.2).docx>

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

<2022_03_09 - Letter to O. Sokolov and J. Rabinovich re_ OQSIE Confidentiality(9911977.1).pdf>

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.