IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| VELEZ ENTERPRISES LLC d/b/a OQSIE<br><br>v.<br><br>KVK-TECH, INC., MURTY VEPURI, and ANTHONY TABASSO | CIVIL ACTION<br><br>NO. 20-5553 |
|---|---|

## ORDER

**AND NOW**, this **27th day** of **June 2024**, it is hereby **ORDERED**, for the reasons set forth in the foregoing memorandum, that:

1. Defendants' Motion for Partial Summary Judgment (ECF 160) is **GRANTED** with respect to Count III of the Amended Complaint as to Defendant Tabasso and Defendant Vepuri, but that the Motion is otherwise **DENIED;**

2. Plaintiff's Motion for Partial Summary Judgment (ECF 159) is **DENIED;**

3. The Court will schedule a telephone conference to discuss a trial date, unless the Parties are interested in continuing mediation with the Special Master or conducting settlement conferences, both of which the Court strongly encourages.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 20\20-5553 Velez v KVK-Tech\20cv5553 - Motions for Summary Judgment ORDER.docx