# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| VELEZ ENTERPRISES LLC d/b/a OQSIE | CIVIL ACTION |
|---|---|
| v. | NO. 20-5553 |
| KVK TECH, INC. | |

## ORDER

**AND NOW**, this 16th day of October, 2024, for the reasons stated in the foregoing Memorandum it is hereby **ORDERED** that Defendant is liable for breach of an implied-in-fact contract or the equitable remedy of unjust enrichment or promissory estoppel.  This Court notes that Plaintiff may only recover damages under breach or an equitable remedy.

BY THE COURT:

s/ Michael M. Baylson

MICHAEL M. BAYLSON, U.S.D.J.

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 20\20-5553 Velez v KVK-Tech\20-5553 Velez v. KVK Trial Findings Order.docx